**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1723**

─────────────

ANGEL MEDICAL CENTER, INCORPORATED,

Plaintiff - Appellee,

versus

GEORGE T. ABERNATHY,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City. Max O. Cogburn, Magistrate Judge. (CA-98-257-2-C)

─────────────

Submitted:  December 20, 2000        Decided:  January 12, 2001

─────────────

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Stanley T. Padgett, MORGAN, PADGETT & ASSOCIATES, P.A., Tampa, Florida, for Appellant.  Chester M. Jones, JONES, KEY, MELVIN & PATTON, P.A., Franklin, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George T. Abernathy appeals the magistrate judge's order granting summary judgment to Angel Medical Center, Inc. ("Hospital") on its civil action for breach of contract. After a de novo review of the record, we find that Abernathy failed to present sufficient evidence before the magistrate judge to raise a material issue of fact concerning the existence of an accord and satisfaction. Abernathy has presented no evidence of such an accord apart from his own bald and self-serving allegations, which contradict his previous response to an interrogatory and are insufficient to avoid summary judgment. See White v. Boyle, 538 F.2d 1077, 1080 (4th Cir. 1976). Accordingly, we affirm the magistrate judge's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2